Christopher R. Dryden, Esq. (SBN 234476)
cdryden@attorneygl.com
David K. Haber, Esq. (SBN 282693)
dhaber@attorneygl.com
GLOBAL LEGAL LAW FIRM
380 Stevens Avenue, Suite 311
Solana Beach, CA 92075
Telephone: (888) 846-8901
Facsimile: (888) 846-8902

Attorneys for Specially Appearing Defendant
PACIFIC INSOLVENCY ALLIANCE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA B. BILBAO,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC INSOLVENCY ALLIANCE, LLC,<br><br>    Defendant. | Case No. 2:21-cv-07736<br><br>Assigned for All Purposes To:<br>Judge: George H. Wu<br>Dept: D9<br><br>**DECLARATION OF DAVID K. HABER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]**<br><br>Date: January 24, 2022<br>Time: 8:30 a.m.<br><br>Complaint Filed: September 29, 2021 |

    I, David K. Haber, am an attorney with Global Legal Law Firm, the attorneys of record for defendant Pacific Insolvency Alliance, LLC ("Defendant") in the above-captioned matter. If asked to testify, I can, and do, declare as follows:

    1. I am an attorney at law, duly authorized to appear before this Court and all the Courts of the State of California. I submit Defendants' Motion to Dismiss Plaintiff's Complaint filed herein. I have personal knowledge as to the facts stated herein, and as to those matters upon which I have no personal knowledge, I state

1 upon information and belief, stating the basis and the nature of said information. If
2 sworn, I can testify competently as to those facts stated herein.
3     2.    On November 17, 2021, I spoke with Plaintiff's counsel pursuant to
4 Local Rule 7-3 prior to filing Defendant's Motion to Dismiss. Plaintiff's counsel
5 declined to dismiss the Complaint or file an amended complaint, resulting in
6 Defendant's Motion to Dismiss Plaintiff's Complaint.
7     I declare under penalty of perjury under the laws of the State of California and
8 the United States that the above is true and correct to the best of my knowledge.
9     I declare under penalty of perjury under the laws of the State of California that
10 the foregoing is true and correct.
11     Executed this <u>10th</u> day of <u> December </u>, <u> 2021</u>, at Solana Beach, California.

                                      */s/ David K. Haber*
                                        David K. Haber

GLOBAL LEGAL LAW FIRM
380 STEVENS AVENUE, SUITE 311
SOLANA BEACH, CA 92075
(888) 846-8901

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, I caused to be electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: December 10, 2021　　　　　GLOBAL LEGAL LAW FIRM

By: /s/ *Christopher R. Dryden*
　　Christopher R. Dryden
　　David K. Haber
　　Attorneys for Specially Appearing
　　Defendant PACIFIC
　　INSOLVENCY
　　ALLIANCE, LLC