Christopher R. Dryden, Esq. (SBN 234476)
cdryden@attorneygl.com
David K. Haber, Esq. (SBN 282693)
dhaber@attorneygl.com
GLOBAL LEGAL LAW FIRM
380 Stevens Avenue, Suite 311
Solana Beach, CA 92075
Telephone: (888) 846-8901
Facsimile: (888) 846-8902

Attorneys for Defendant
PACIFIC INSOLVENCY
ALLIANCE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA B. BILBAO,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC INSOLVENCY ALLIANCE, LLC,<br><br>Defendant. | Case No. 2:21-cv-07736<br><br>Assigned for All Purposes To:<br>Judge: George H. Wu<br>Dept: 9D<br><br>**DECLARATION OF BEN LOU IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: January 24, 2022<br>Time: 8:30 a.m. |

I, Ben Lou, am the principal of defendant Pacific Insolvency Alliance, LLC. If asked to testify, I can, and do, declare as follows:

1.     I have personal knowledge as to the facts stated herein, and as to those matters upon which I have no personal knowledge, I state upon information and belief, stating the basis and the nature of said information. If sworn, I can testify competently as to those facts stated herein.

2.     Pacific Insolvency Alliance, LLC ("PIA") provides debt settlement services to consumers nationwide to assist with the negotiating and settling of unsecured debts. PIA is not a credit repair organization. The Agreement clearly states that PIA's services shall not include any credit repair work, including efforts to improve a consumer's credit record, credit history, or credit score or rating. In fact,

1   the Agreement clearly states that by entering into the Agreement, a consumer's credit
2   score will be negatively impacted.

3          3.     On April 27, 2019, plaintiff Kristina Bilbao executed the Debt
4   Negotiations and Services Agreement ("Agreement") with PIA.  A true and correct
5   copy of the Agreement is included as Exhibit A.

6          4.     On April 27, 2019, Ms. Bilbao met with PIA representative Ms.
7   Cathleen Clark to review the documents and ask questions about PIA's services.
8   PIA's internal process is to have an agent meet with our customers to address any
9   issues and get the customer's signature on the required documents.

10         5.     Ms. Bilbao then signed the Confirmation and Attestation of Meeting
11  ("Confirmation") wherein she expressly agreed that PIA's debt mediation program
12  was an estimate and subject to change.  Confirmation, Nos. 3, 7.  Ms. Bilbao also
13  agreed that by using PIA's debt mediation program, it would have a negative impact
14  on her credit because payments were not made monthly.  Id., No. 2.  Ms. Bilbao also
15  acknowledged that PIA never advised her about when her credit would become
16  usable or remedied, nor was a future credit score quoted to her.  Id., No. 17.  A true
17  and correct copy of the executed Attestation is included as Exhibit B.

18         6.     On November 19, 2020, PIA resolved Ms. Bilbao's outstanding debts to
19  Capital One of $9,457.95 for only $5,012.72, a savings of $4,445.23, nearly a 50%
20  discount.

21         7.     On June 19, 2021, Ms. Bilbao called PIA's call center to discuss the
22  status of her outstanding debts.  PIA has a recording of this phone call to
23  memorialize the interaction in case of a dispute, which is a standard business practice
24  for PIA.I listened to this recording after receiving Plaintiff's Complaint and
25  confirmed the below.  PIA's agent informed Ms. Bilbao that although her program
26  was set to end in April 2022, Ms. Bilbao had missed two of the monthly payments.
27  As a result, the program would instead end in June 2022 because of those two missed
28  payments.  PIA's agent also requested from Ms. Bilbao to add funds or extend her

program because she will have insufficient funds for the settlement of the remaining accounts as stated in her agreement the settlement savings stated in her program agreement are estimates.  At that point Ms. Bilbao and another person on the background became upset and belligerent towards the PIA agent stating that she did not want to curse and ending the call with a refusal to cooperate with her program which is a ground for termination by provider.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct to the best of my knowledge.

Dated:  December 8, 2021

By:  _____

Ben Lou

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on December 10, 2021, I caused to be electronically filed

3

the foregoing document(s) with the Clerk of the Court by using the CM/ECF system.

4

Participants in the case who are registered CM/ECF users will be served by the

5

CM/ECF system. Participants in the case who are not registered CM/ECF users will

6

be served by mail, electronic mail, or by other means permitted by the court rules.

7

8

Dated:  December 10, 2021                    GLOBAL LEGAL LAW FIRM

9

10

By:   */s/ Christopher R. Dryden*

11

Christopher R. Dryden
David K. Haber

12

Attorneys for Specially Appearing
Defendant PACIFIC

13

INSOLVENCY
ALLIANCE, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GLOBAL LEGAL LAW FIRM
380 STEVENS AVENUE, SUITE 311
SOLANA BEACH, CA 92075
(888) 846-6901