# EXHIBIT 1

# EXHIBIT 1



**Pacific Insolvency Alliance**

2140 Peralta Blvd
Suite 207
Fremont, CA 94536
Toll Free number: 844-229-4025
Fax: 510-991-6628
Toll Free Fax: 855-798-9804

## Debt Negotiations and Services Agreement

Apr 25, 2019

Kristina Bilbao

This Customer Service Agreement ("Contract") is the written agreement and contract between you and Pacific Insolvency Alliance LLC ("Company"). Pacific Insolvency Alliance LLC is incorporated in the State of Hawaii, registered and doing business from the State of California, to assist consumers nationwide with the negotiating and settling of unsecured debts. Each process is tailored toward individual customers and designed to assist in reducing and eventually eliminating enrolled unsecured debts through negotiations with creditors. We will strive to perform these services to the best of our abilities, expertise and professionalism to bring about the best benefit for you, the client. This Contract serves to confirm the terms of the Company's services and to eliminate any possible misunderstanding between us, "the Company" and you, "the Customer".

Please carefully read this Contract.

This contract sets forth the terms and conditions on which the Company is willing to agree to provide its services to you. **If the terms and conditions are acceptable to you, please sign this Contract indicating that you are in complete agreement with the Contract. By signing this Contract,** you are entering into an agreement that is legally binding on both you and the Company. The purpose of this Contract is to set forth the scope of our engagement, to set forth the financial arrangement so four engagement, and to verify your agreement to and approval of this scope and these financial arrangements. This Contract supersedes and replaces any and all previous agreements between the Company and Customer.

The terms and conditions of this Customer Service Agreement ("Contract") are:

**PARTIES TO THE AGREEMENT**

The parties to this Contract are the Pacific Insolvency Alliance LLC ("Company") and Kristina Bilbao ("Customer(s)" or "you").

Page 1 of 26

## CONDITIONS

This Contract will not take effect, and the Company will have no obligation to provide any services or perform any work for you, until all the following occur:

1. You agree to the terms and conditions of this Contract and indicate such agreement by returning a signed copy of this Contract to Company. By returning a signed copy of this Agreement as required herein, the Customer warrants and covenants that paragraphs 2 to 4 and 6 immediately following this paragraph has been fully complied with, and that all the other provisions of this Agreement has been read and fully understood by the Customer, and that the Customer agrees and accepts this Agreement in its entirety.

2. You have met with a representative of our Company in person and have received our complete sales presentation with our representative.

3. You have had all your questions answered by our representative after the presentation was completed and all the required disclosures were explained to you including your right to rescission.

4. You have reviewed the entirety of this agreement with our representative and have had all your questions answered regarding the terms and scope of our services.

5. The Company has determined, based on its analysis of your file, that its services will be to your benefit.

6. You establish and maintain a custodial bank account ("Custodial Account") through Debt Pay Gateway, Inc.(a third-party service provider), and thereafter make your first deposit or payment in to that Custodial Account.

7. A representative of the Company signs and executes this Contract.

## SCOPE OF ENGAGEMENT AND SERVICES

Customer and Company agree that the services to be provided by Company are limited in scope and are specifically outlined in this Contract. Regarding enrolled debts or credit accounts approved by the Company for servicing ("Approved Account(s)"), the Company agrees to perform the following services only:

1. Review prior communications that you provide to the Company involving Approved Accounts for information that will assist Company in negotiating Customer's debt;

2. Contact creditors of Approved Accounts ("Approved Creditor(s)") and directly communicate with them when necessary;

3. Notify Approved Creditors of the relationship between Company and Customer and of the services being provided;

4. Negotiate with Approved Creditors to settle the Approved Accounts on behalf of the Customers; and,

5. Provide Customer with feedback and updates regarding the status of all debt reduction efforts.

Company will assume that all Approved Accounts are valid and accurate as represented by the Customer. The Company's representation of you shall not include any services other than those described above.

1. The Company's services shall not include representing any Customer in any lawsuit, adversarial proceeding, or contested matter in any court, arbitration or mediation, including but not limited to taking any action to protect your residence from foreclosure, defending motions or complaints for the seizure of property, or initiating or defending any action to extend time set by law. Veritas Legal Protection is bundled with your program.

2. The Company's services shall not include verification of the accuracy or validity of any debt enrolled in to the program.

3. The Company's services shall not include undertaking any credit repair work for any Customer, including but not limited to any efforts to improve your credit record, credit history, or credit score or rating.

Page 2 of 26

4. The Company's services shall not include supplying any services not specifically set out in this Contract.

**SERVICE FEES**

Customer shall pay to the Company an enrollment fee of 17% of the original debt amount enrolled in to the program and $59.00 per month for each month Customer is participating in the program. These fees will be automatically transmitted to the Company on your behalf from your Custodial Account and will be spread out over a maximum of 22 months.

Customer acknowledges that the Company has made no promises limiting the total amount of fees to be incurred by Customer under this Contract. The total amount of fees will depend on how many months

Customer is in Program and the amount of Customer's debt. All fees charged by Company shall follow applicable State and Federal regulations.

**HIRING OF COMPANY**

The Company agrees to provide services to each Customer only on the terms and conditions set forth herein. Under the Company's sole discretion, the Company may use employees and/or independent Contractors to assist in provision and completion of services, in accordance with applicable laws and regulations.

**LIMITED POWER OF ATTORNEY**

For the Company to be able to effectively represent Customer and to facilitate services anticipated here under, Customer agrees to sign the attached Limited Power of Attorney and return it with this signed Contract.

**ACKNOWLEDGMENTS AND DISCLOSURES**

By initialing each item below, you are attesting that you have read and fully understand each disclosure listed and that you were provided the opportunity to ask questions and clarify the meaning and impact of each disclosure.

**(1) PROGRAM SELECTION AND ALTERNATIVES.**

Based on the information you provide, we recommend a program to help reduce your debt, but we do NOT evaluate your unique credit and debt situation to determine the best debt relief option for you. It is your responsibility to evaluate our recommendation and any other programs you are considering before choosing one. You must decide and choose the option that you determine is best for you and your specific situation. It is important to be aware of other debt relief options which may include credit counseling, bankruptcy, or working directly with your creditors.

Initial: _____

**(2) CREDIT RATING IMPACT**

While participating in a debt settlement program, your credits score will be negatively impacted. Your credit report may reflect the fact that you have stopped paying your creditors if you do so, or that you are currently enrolled in a debt settlement program. Furthermore, a debt settled for less than the full amount owed may result in a negative notation on your credit report. Please visit www.myfico.com for further information about credit ratings.

Initial: _____

### (3) TAX LIABILITY

If you settle a debt with a creditor for less than the full amount of that debt, you may have to pay income taxes on the amount the debt was reduced. The Company does not and shall not offer or provide any tax advice or services to Customer under this Contract or otherwise. We recommend that you consult with a tax professional of your choosing for advice on taxes and the implications of debt settlement. More information and links to the Bankruptcy Tax Guide, IRS Form 982 and Reduction of Tax Attributed to Discharge of Indebtedness are available at www.irs.gov.

Initial: 

### (4) CREDIT OR COLLECTION ACTIVITY.

While you are enrolled in a debt settlement program, late fees, penalties, and interest will continue to accrue on your debt until your creditor accepts a settlement offer and the settlement is completed as agreed. If you do not or cannot remit your monthly minimum payment, you will be in default of your agreement with your creditor(s), which may result in an increased interest rate or other actions adverse to your interests. If you do not or cannot pay your monthly minimums for one credit account, that may impact or cause a default on your other credit accounts (Universal Default) subjecting you to higher interest rates, penalties, and other actions that may be available to your creditors.

Your creditors may reflect late fees, penalties and additional interest on your monthly statements while you participate in a work out program until a settlement is finalized with your creditors. If negotiations are unsuccessful, you may be responsible for payment of the entire new balance. If negotiations fail, and you complete the terms of our guarantee, your total payout on all enrolled debts, subject to the terms and conditions of our guarantee, will be limited to the total amount of unsecured debt approved and enrolled into our program at time of enrollment.

Participation in a debt settlement program, like any failure to pay creditors on time, will likely increase collection activity, including increased phone calls and correspondence from the creditors or debt collectors. The Company will assist you to reduce such activity but it will not stop completely. If you choose to utilize a 3rd party program, like Veritas Legal Plans, options are available to you through those programs to assist you with these matters.

By failing to pay creditors in accordance with the terms of the contractual agreements with those creditors, you may be in violation of the agreements with those creditors, which may result in litigation. Once a judgment has been obtained, a creditor may garnish your wages or seize any available assets or property. State laws regarding judgments vary. Please consult an attorney practicing in your state regarding litigation and possible judgment consequences. Again, if you elect to utilize 3rd party programs, like Veritas Legal Plans, those programs will assist you in handling those matters.

Initial: 

### (5) NO SPECIFIC REDUCTION GUARANTEED

We cannot guarantee that your debt will settle for any specific percentage within any specific time frame, or that any of your accounts can be settled at less than full value. Any individual creditor may use different criteria in determining that creditor's willingness to settle a debtor the amount acceptable in settlement, including, but not limited to the amount of the debt, the status of the debt, the reasons you are seeking debt settlement, the debt settlement program, the type of debt, and the amount of your disposable income.

Initial: 

**(6) FEE LIABILITY**

You may terminate the program at anytime, but you shall remain liable for some or all our fees under the terms of this Contract.

Initial: ☞ 

**(7) POSSESSION OF FUNDS**

You understand that we will not take possession or control of any of your fund, other than receiving fees owed to us under the terms of this Contract. You or your designee is responsible for depositing and transferring any funds that are required for any settlements and for payment of our fees under the terms of this Contract.

Initial: ☞ 

**(8) THIRD PARTY OBLIGATIONS**

If you are using a third-party designee to transfer, deposit, withdraw or disburse funds, you may be subject to paying additional fees to the third-party designee, if any, for handling your transactions. We may provide you information and forms from companies and/or banks that can act as your designee, but your use of a designee and your agreement with such a designee is separate from this Contract.

Initial: ☞ 

**BY INITIALING ABOVE AND SIGNING BELOW, YOU ARE STATING THAT YOU UNDERSTAND THE DISCLOSURES LISTED ABOVE, AS WELL AS THIS ENTIRE CONTRACT.**

**DUTIES OF CUSTOMER**

You agree to be truthful with us, cooperate, keep us informed of developments, abide by this Contract, and keep us advised of your current address, telephone number and whereabouts. Further it is your responsibility to provide us with a completed application, including (1) a full list of all your creditors, including their names, addresses, account numbers, and account balances; (2) copies of all your tax returns filed within the last two years; and (3) any other information requested to assist in our services here under.

| Kristina Bilbao | |
|---|---|
| Customer Printed Name | Co-Customer Printed Name |
| [signature] | ☞ |
| Customer Signature | Co-Customer Signature |
| 4/27/2019 | |
| Date | |
| Pacific Insolvency Alliance, LLC | |

Page 5 of 26



**PACIFIC INSOLVENCY ALLIANCE**
A DEN LOU CORPORATION

## PERFORMANCE GUARANTEE

Pacific Insolvency Alliance LLC guarantees Client that for each enrolled account, Pacific Insolvency Alliance LLC will use all resources available to us to obtain a satisfactory settlement debt reduction (Including account balance, interest, penalties, cost, and late fees). If Pacific Insolvency Alliance LLC does not reach settlement, Pacific Insolvency Alliance LLC shall cap the amount paid though the program to Pacific Insolvency Alliance to the amount of the debt enrolled and approved into the program at time of enrollment. If the following terms and conditions are met, the maximum amount of money you will pay into our program shall be the total amount of debt entered into the program as of date of enrollment including all fees.

This Performance Guarantee is subject to all the following terms and conditions:

CONDITIONS:

1. Client must make every payment on-time (or arrangements/alterations made and approved by our staff)

2. Client must communicate with staff as requested. Our ability to make this guarantee involves your full cooperation. If we cannot reach you to approve a settlement, or our negotiations are hindered because we cannot reach you to obtain authorization or additional information or approval, this guarantee is void.

3. Company must verify balances upon enrollment

4. Client must complete the program. Completion means that you make the payments as prescribed up to the full balance owed at time of enrollment minus fees charged. If client stops the program for any reason, cancels, quits or otherwise stops participating in the program, this guarantee is void

Kristina Bilbao
Customer Printed Name                                    Co-Customer Printed Name

*(signature)*
Customer Signature                                       Co-Customer Signature

4/27/2019
Date

Pacific Insolvency Alliance, LLC

**PACIFIC
INSOLVENCY
ALLIANCE**

A BEN LOU CORPORATION

### PRIVACY POLICY

Pacific Insolvency Alliance LLC, herein after referred to as "Company" is dedicated to protecting your privacy and providing you with the highest level of service.

This policy explains what Company does to keep information about you private and secure. Generally, any information that you share with us is subject to privilege protections. However, because we are required by the Agreement to communicate with your creditors and third parties, Company may share some or all your information with those people and groups. This Policy covers only information that you provide to Company or that it obtains about you from companies that you have chosen to do business with. Please read this Policy carefully and contact us if you have any questions.

The personal information we collect about you comes from the following sources:

- Information we receive from you, such as your name, address, and telephone number, account balances, creditor information, or other information that you provide to us over the phone or in documents or applications.

- Information about your transactions, such as your account balances with your creditors, payment histories, account activity, and all other information that may be contained in your credit card statements or other reports relating to your debt.

- Information we receive from consumer reporting agencies and other sources, such as your credit bureau reports, collection agency reports or other communications, and other information relating to your payment histories, credit worthiness, annual income, or ability to satisfy your obligations.

We prohibit the sale or transfer of personal information to non-affiliated entities for their use without giving you the opportunity to opt-out. We may disclose such information to effect or carry out any transaction that you have requested of us or as necessary to complete our contractual obligations with you. We may also share your information with service providers that perform business operations for us, companies that act on our behalf to market our services, or others only as permitted or required by law, such as to protect against fraud or in response to a subpoena.

We may also share or transfer our information in the event we transfer or sell your account or our business assets to another provider. We will share your information with our support services providers, debt matching services, outside attorneys and their staff and creditors and collection agencies to meet our obligations in the Agreement.

By carrying out those services, we may disclose your information, as we see fit and as permitted by law, to your creditors, credit card companies, collection agencies, banks, and other entities and individuals specifically necessary to affect, administer and perform our services. By providing information to Law Firm you are consenting to the collection, use and disclosure of such personal information in the manner described in this privacy policy. We provide you the opportunity to withdraw your consent when such information is collected. Such consent may be withdrawn by calling the telephone number provided below or may be done in writing/email and sent to our customer service department at the following physical address or email address:

*Pacific Insolvency Alliance LLC*
*2140 Peralta Ave*
*Suite 207*
*Fremont, CA 94536*
*844-229-4025*

Page 7 of 26

*info@pacificinsolvencyalliance.com*

*How We Protect Your Information:*

*We train our employees to protect all customer information. We maintain physical, electronic and procedural Controls that comply with government standards. We authorize our employees, agents and contractors to get information about you only when they need it to do their work with us. You can help to maintain the security of your online transactions by not sharing your personal information or password with anyone. Remember, no method of transmission over the Internet, or method of electronics to rage, is 100% secure. This Policy applies to current and former customers. If you have any questions, please contact Pacific Insolvency Alliance LLC at the toll-free number provided above.*

**JURISDICTION**

Customer understands that Company may not have an office or employees in every state or in each Customer's state of residence. Each Customer acknowledges, understands and agrees that the Customer is hiring a corporation head quartered in the State of California and operating in multiple jurisdictions. Each Customer acknowledges, understands and agrees that Company and its representatives are not lawyers and are not licensed to practice law in any state or other jurisdiction. Customer is contacting, soliciting and hiring the Company to provide services and negotiate from any of its offices regardless of location. Any action to enforce, interpret or prevent the breach of this Contract shall be brought within the County of Alameda, State of California, and this Contract shall be governed by the laws of said venue and jurisdiction.

**TERMINATION OF THE COMPANY BY THE CUSTOMER**

The Customer shall have the right to terminate the Company's services at anytime. Any such termination of the Company must be in writing. In such event, the Customer authorizes the Company to make and retain a duplicate of the Customer's file. The Customer further agrees to bear all reasonable costs of transferring the Customer's file to any new service provider, if any, designated by the Customer.

**WITHDRAWAL FROM REPRESENTATION BY THE COMPANY**

Each Customer agrees that the Company may withdraw at any time for any reason from representing the Customer on thirty (30) days written notice, which notice is deemed sufficient to enable the Customer to retain a new service provider if so desired. Possible reasons for terminating services may include, but are not limited to, (1)the Company decides to cease doing business or providing the services covered in this Contract, (2)the Company determines that its services are no longer of benefit to the Customer, (3)the Customer does not reasonably cooperate with the Company in the provision of its services, (4)the Customer breaches this Contract, (5)the Customer does not comply with the reasonable instructions of the Company in the provision of its services, or (6)any reason authorized by law.

**DOCUMENT STORAGE POLICY**

At all times covered by this Contract, each Customer agrees that all contracts and documents may be retained and stored by the Company in any electronic format and that originals may be destroyed in Company's sole discretion. At all times and in all cases, copies and facsimile so all contracts and documents shall be effective as originals between each Customer and the Company. At the conclusion or termination of services by the Company, Customer may request in writing that a copy of Customer's file be delivered to the Customer. The Company will there after release Customer's file to the Customer within a reasonable time. After five (5) years or upon delivery of a copy to the Customer, whichever occurs sooner, the Company may destroy the Customer's file without further notice.

**GENDER AND PLURAL USAGE**

For all purposes as used in this document, each of the feminine, masculine and neuter genders shall include each of the others, and plural and singular usage shall include each other.

## TITLES

Heading and section titles in this Contract are for convenience only and should not be used to interpret or enforce this Contract.

## NO PROMISES OR WARRANTIES

No promise, representation, or warranty has been made by or for the Company in respect of this Contract, including any possible outcome of matters covered, except as set forth in this Contract. The Customer acknowledges having had the opportunity to seek the advice of independent legal counsel with respect to this Contract and the Customer has availed himself or herself of that opportunity to the extent Customer deemed appropriate. Any statements regarding potential outcome are statements of opinion only, and do not constitute a guarantee.

## DISPUTE RESOLUTION

If a dispute arises between the Company and Customer regarding an issue arising out of this Contract, then the dispute maybe submitted to mediation before the dispute is arbitrated or taken to court. If either he Company or Customer commences an arbitration or court action without first attempting to resolve the issue through mediation, or refuses to mediate after a request has been made, then the party shall not be entitled to recover any attorney fees or costs, even if they would otherwise be available under this Contract.

## MODIFICATION IN WRITING ONLY

No change or modification of this Contract shall be effective until confirmed in writing signed by the Company and the Customer that expressly refers to this Contract. This document embodies the entire agreement of the parties concerning the subject matter of this Contract. There are no promises, terms, Conditions or obligations other than those contained in this Contract and this Contract shall supersede all previous communications, representations, or other agreements, either verbal or written, between the Company and the Customer.

## CONFIDENTIAL COMMUNICATIONS

You authorize the Company to communicate with you and to send and receive confidential communications to you and from you via facsimile, e-mail, and cellular telephone, even though these methods of communication maybe less reliable and less secure than other means.

## EXHIBIT AND ATTACHMENT REVIEW AND SIGNATURES

At the time you sign this Contract, please review and, where applicable, sign the following attachments: the "Financial Summary", the "List of Creditor Accounts", the "Payment Schedule" and the "CUSTODIAL ACCOUNT APPLICATION" provided on behalf of the third-party service provider that Customer chooses.

## COUNTERPART, FACSIMILE SIGNATURES

This Contract may be signed in counterpart. Electronic signatures and facsimile signatures of the Company and Customer shall be effective as original signatures.

IN WITNESS WHEREOF, Customer and Company agree to all the terms and conditions of this Contract and in formalacknowledgmentthereofhaveexecutedthisContractasofthedatessetforthbelow.

Kristina Bilbao
Customer Printed Name

Co-Customer Printed Name

Customer Signature
4/27/2019
Date

Co-Customer Signature

Pacific Insolvency Alliance, LLC

Page 9 of 26



## PACIFIC INSOLVENCY ALLIANCE

A BEN LOU CORPORATION

### NOTICE OF RIGHT OF RESCISSION

Transaction Date: 4/27/2019

Customer ID: ███████████

You may CANCEL this transaction without any Penalty or Obligation within THREE BUSINESS DAYS from the above date.

If you cancel, any payments made by you under the signed agreement, any negotiable instrument executed by you will be returned [or refunded] to you within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest [only if applicable] arising out of the transaction will be cancelled.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any written notice to:

Pacific Insolvency Alliance
2140 Peralta Blvd., Suite 207
Fremont, CA 94536

NOT LATER THAN MIDNIGHT OF 5/1/2019.

I HEREBY CANCEL THIS TRANSACTION.

_____    _____
Applicant Signature                Date

_____    _____
Co-Applicant Signature             Date

Receipt is herewith acknowledged of the foregoing:

NOTICE, each of the undersigned customers having received two copies thereof, and one copy of the Disclosure Statements concerning the above identified transaction this day 27th of April, 2019.

## DO NOT SIGN THIS PAGE IF YOU DO NOT WISH TO CANCEL

Page 10 of 26

04/27/2019 11:13 9099312557 CATHLEEN CLARK PAGE 11/55
Case 2:21-cv-07736-GW-PVC Document 18-7 Filed 01/06/22 Page 12 of 17 Page ID #:180



**PACIFIC INSOLVENCY ALLIANCE**

A BEN LOU CORPORATION

## FINANCIAL BUDGET

**INCOME:**

| | |
|---|---|
| Monthly Combined Net Household Income | $ 5000.00 |
| Other Income (Including Alimony, Child Support, ect.) | $ 0.00 |
| **TOTAL INCOME** | **$5000** |

**EXPENSES/MONTHLY BILLS:**

| | |
|---|---|
| Food | $250.00 |
| Household Items | $0.00 |
| Clothing | $0.00 |
| Laundry / Dry Cleaning | $0.00 |
| Utilities | $ 120.00 |
| Telephone | $255.00 |
| Auto Loans | $866.00 |
| Auto Insurance | $255.00 |
| Auto Other | $0.00 |
| Education | $0.00 |
| Student Loans | $0.00 |
| Back Taxes | $0.00 |
| Mortgage / Rent | $2014.00 |
| 2nd Mortage / Rent | $0.00 |
| Home Insurace | $0.00 |
| Life Insurance | $260.00 |
| Child Support/Alimony | $0.00 |
| Cable TV | $158.00 |
| Charity / Donations | $110.00 |
| Entertainment | $0.00 |
| Gym / Health | $0.00 |
| Personal Care | $0.00 |
| Miscellaneous | $0.00 |
| Tickets / Fines | $0.00 |
| Medical Bills | $0.00 |
| Unenrolled Debt | $0.00 |
| Misc 2 | $0.00 |
| Property Tax | $0.00 |
| Auto Loan 2 | $0.00 |
| RV | $0.00 |

| | |
|---|---:|
| Water/Trash | $0.00 |
| Medical Bills | $0.00 |
| **Total Expenses** | **$4288** |
| **Balance Remaining** | **$712** |



# PACIFIC INSOLVENCY ALLIANCE

A BEN LOV CORPORATION

## LIST OF CREDITOR ACCOUNTS

| Creditor | Account # | Amount Owed |
|---|---|---|
| Barclays Bank Delaware | | |
| CAPITAL ONE BANK USA NA | | |
| CAPITAL ONE BANK USA NA | | |
| Chase Card | | |

## PAYMENT SCHEDULE

| # | Date | Enrollment Fee | Monthly Fee | DPG Fee | Veritas Enrollment | Veritas Monthly | Savings | Total Payment |
|---|------|----------------|-------------|---------|--------------------|-----------------|---------|---------------|

[table data redacted]