JS-6

**SULAIMAN LAW GROUP, LTD**
Bobby C. Walker (State Bar No. 321788)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
bwalker@sulaimanlaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA B. BILBAO,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC INSOLVENCY<br>ALLIANCE, LLC,<br><br>          Defendant. | **Case No.  CV 21-7736-GW-PVCx**<br><br>**ORDER** |

## <u>ORDER ON DISMISSAL WITH PREJUDICE</u>

Plaintiff, KRISTINA B. BILBAO ("Plaintiff"), by and through her undersigned attorney, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, PACIFIC INSOLVENCY ALLIANCE, LLC.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to PACIFIC INSOLVENCY ALLIANCE, LLC. Each party shall bear its own costs and attorney fees.

Dated: July 25, 2022

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE